AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SUZANNE L. MITCHKA )
)
_____ )
*Plaintiff* )
) Civil Action No. 3:13CV086
v. )
EQUIFAX INFORMATION SERVICES, LLC )
)
_____ )
*Defendant* )



MAR -5 2013

CLERK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUIFAX INFORMATION SERVICES, LLC
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 08, 2013                    _____
                                            *Signature of Clerk or Deputy Clerk*

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

02/26/13

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Suzanne L. Mitchka | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC | **Case:** | 3:13CV086 |
| **Serve:** | Equifax Information Services, LLC<br>R/A Corporation Service Company<br>1111 E Main St 16th floor<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Kristi C. Kelly, Esq. -RTC-<br>4010 University Dr.<br>2nd Fl.<br>Fairfax, VA 22030 | **Phone:** | 7032779774 |

_____**Type(s) of Writ(s)**_____paper:1534334
Summons and Complaint

*Witness/Defendant* Equifax Information Services, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _____**Ernest Kelley**_____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.
Served Date: 2-28-13     Served Time: 1330
_____
Signature of Process Server

**Notary**
State of: Virginia     County/City of: Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___1___ day of Feb/Mar 20 '3
Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 298193 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**
Rene Nordquist, per affidavit



# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Kari Childress | John Isom |
   | Dustin Kline | Carleen Thornley | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 17 day of July 2012.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 17 day of July 2012, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-2012